# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

HAMZA AHMED MOHAMED,

    Petitioner,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY,

    Respondent.

Case No. 16-CV-4027 (JNE/TNL)
**ORDER**

This matter is before the Court on a Report and Recommendation ("R&R") issued by the Honorable Tony N. Leung, United States Magistrate Judge, on May 31, 2017. (Dkt. No. 10.) Neither party objected to the R&R. After reviewing the record, the Court accepts the R&R's recommended disposition. *See* 28 U.S.C. § 636(b)(1).

Therefore, IT IS ORDERED THAT:

1.    Petitioner Hamza Ahmed Mohamed's Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241 [Dkt. No. 1] is DENIED AS MOOT.

2.    This action is summarily DISMISSED WITH PREJUDICE.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 12, 2017.

                                            s/Joan N. Ericksen
                                            JOAN N. ERICKSEN
                                            United States District Judge